# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEITH M. KOSHMAN,**

       **Plaintiff,**

**-vs-**                                            **Case No.  6:05-cv-459-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____

## ORDER

This case is before the Court on the Complaint (Doc. No. 1) filed March 25, 2005. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and the case be remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and considering the objection (Doc. 22) and response (Doc. 23), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 3, 2006 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is **REVERSED** and this case is **REMANDED** for further proceedings.  The Clerk of Court is directed to enter judgment consistent with this decision and thereafter, close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of February, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party