**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**KEITH M. KOSHMAN,**

      **Plaintiff,**

**-vs-**                **Case No. 6:05-cv-459-Orl-28KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S PETITION FOR ATTORNEY FEES (Doc. No. 27)**
>
> **FILED:** March 27, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

  The plaintiff, Keith M. Koshman seeks an award of attorneys' fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on February 27, 2006. Doc. No. 26. An award of fees is, therefore, ripe for consideration.

  Koshman's attorneys seek $4,200.70 in attorneys' fees for 27.7 hours of work: 26.2 hours of work performed by Richard A. Culbertson, and 1.5 hours of work performed by Thomas S. Rice. Doc. No. 27. The hourly rate sought by both of Koshman's attorneys is $151.65. The EAJA sets a ceiling

of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index.  28 U.S.C. § 2412(d)(2)(A). Koshman has presented a CPI that supports the adjustment of the rate in this case to $151.65.  The defendant, the Commissioner of Social Security, does not oppose this hourly rate or the number of hours worked.

After reviewing the papers submitted by Koshman, I find that the fees requested are appropriate in the absence of objection.  Therefore, I recommend that the Court grant the petition and award Koshman attorneys' fees in the total amount $4,200.70.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 7, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties