# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KEITH M. KOSHMAN,

          Plaintiff,

-vs-                                    Case No. 6:05-cv-459-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

## ORDER

This case is before the Court on Plaintiff's Petition for Attorney's Fees (Doc. No. 27) filed March 27, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 7, 2006 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Petition for Attorney's Fees (Doc. No. 27) is **GRANTED**. Plaintiff Koshman is awarded attorney's fees in the total amount of $4,200.70. The Clerk of Court is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 29 day of April, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party